## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | | |
|---|---|---|---|
| (1) | AMERICAN INTERSTATE INSURANCE COMPANY, a foreign company, | ) ) ) | |
| | Plaintiff, | ) ) ) | |
| vs. | | ) ) | Case No.: CIV-24-1080-SLP |
| (1) | MID-CON ENERGY SERVICES, INC., a domestic corporation, | ) ) ) ) | Jury Trial: ___ Yes  X  No |
| (2) | MID-CON ENERGY SERVICES LLC, a foreign company, | ) ) ) ) | |
| | Defendants. | ) | |

## COMPLAINT

COMES NOW, the Plaintiff, American Interstate Insurance Company ("Plaintiff"), a foreign company, by and through its counsel of record, John L. Shears of Shears Powell & Hanner, hereby submits this Complaint in support of its causes of action against Mid-Con Energy Services, Inc., a domestic corporation, and Mid-Con Energy Services, LLC, a foreign company, ("Defendants"). In support, Plaintiff alleges and states as follows:

### PARTIES

1. Plaintiff American Interstate Insurance Company is a foreign company formed under the laws of the State of Nebraska and has its principal place of business in DeRidder, Louisiana.

2. Defendant Mid-Con Energy Services Inc. is a domestic corporation which is incorporated under the laws of the State of Oklahoma and has its principal place of business in Ponca City, Oklahoma.

3. Defendant Mid-Con Energy Services LLC is a foreign company formed under the laws of the State of Delaware and has its principal place of business in Ponca City, Oklahoma.

## JURISDICTION AND VENUE

4. Under 28 U.S.C. § 1332, federal courts may hear cases of diversity of citizenship between states when the amount at stake is more than $75,000. Here, both Defendants entered into contracts with Plaintiff while operating out of their principal place of business in Ponca City, Oklahoma. Further, Plaintiff asserts that breaches of those contracts occurred while Defendants operated out of their principal place of business in Ponca City, Oklahoma which make jurisdiction and venue proper in the Western District of Oklahoma.

## STATEMENT OF FACTS

5. The parties entered into a contract for an insurance policy numbered AVWCOK3031472021 ("Policy 2021") for a term beginning on October 6, 2021 and expiring on October 6, 2022. A copy of Policy 2021 is attached hereto as ("Exhibit 1").

6. Per Policy 2021, Plaintiff provided workers' compensation insurance and employer's liability insurance to Defendants with all just and due credits and/or allowances.

7. Based upon information provided by the Defendants, Plaintiff submitted an invoice for its estimation of the amount due for premiums related to Policy 2021. A copy of the invoice is attached hereto as ("Exhibit 2").

8. Per the terms of the Policy 2021, Plaintiff was entitled to examine and audit the Defendants' books and records as they relate to Policy 2021 for up to three years after the expiration of the Policy.

9. Pursuant to the terms of Policy 2021, if the audit premium exceeds the estimated premium, then the difference between the two becomes due upon notice to the Defendants.

10. Plaintiff performed an audit of Policy 2021 on November 28, 2022 which revealed that the audit premium exceeded the estimated premium by $266,190.00. A copy of the audit is attached hereto as ("Exhibit 3").

11. On or about May 11, 2023, Plaintiff notified the Defendants of the audit premium which created a balance due of $266,190.00 under Policy 2021. To date, Defendants have failed or otherwise refused to pay the earned audit premium balance due.

12. Defendants are now in default and breach of their contractual obligations to the Plaintiff under Policy 2021 for failing to pay the Plaintiff the audit premium due and payable upon notice.

13. The parties entered into a contract for an insurance policy numbered AVWCOK3212082023 ("Policy 2023") for a term beginning on October 6, 2023 and expiring on October 6, 2024. A copy of Policy 2023 is attached hereto as ("Exhibits 4 and 5").

14. Per Policy 2023, Plaintiff provided workers' compensation insurance and employer's liability insurance to Defendants with all just and due credits and/or allowances.

15. Based upon information provided by the Defendants, Plaintiff submitted an invoice for the initial downpayment for Policy 2023 in the amount of $10,306.00 on February 12, 2024. A copy of the invoice is attached hereto as ("Exhibit 6").

16. To date, Defendants have failed or otherwise refused to pay the downpayment due under the terms of Policy 2023.

17. Defendants are now in default and breach of their contractual obligations to the Plaintiff under Policy 2023 for failing to pay the Plaintiff the downpayment due and payable upon notice.

18. Plaintiff has complied with the Plaintiff's contractual obligations under both Policy 2021 and Policy 2023 to the extent that it was required up to the point of Defendants' breach of contractual obligations.

## STATEMENT OF CLAIMS

### I. BREACH OF CONTRACT

19. Plaintiff adopts and incorporates by reference paragraphs 1-18.

20. Plaintiff and Defendants entered into contracts for Plaintiff to provide Defendants with workers' compensation and employer's liability insurance in exchange for payment of premiums.

21. Defendants breached the contracts by failing to pay the full amounts of the premiums and downpayments due to Plaintiff according to the terms of said contracts.

22.     Plaintiff suffered damages as a direct result of the Defendants' breaches of contract.

## REQUEST FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the Court enter judgment in favor of Plaintiff and against Defendants in the amount of $276,496.00, plus interest, costs, and attorney's fees, and for such further equitable relief as this Court deems just and proper.

Respectfully submitted,

s/ Raegan D. Sifferman                     .
John L. Shears, OBA #19216
Raegan D. Sifferman, OBA #31224
SHEARS POWELL & HANNER
710 Cedar Lake Blvd., Suite 101
Oklahoma City, Oklahoma 73114
Telephone:   (405) 200-1911
Facsimile:   (405) 200-1915
Email:        jshears@sphlawgroup.com
Email:        rsifferman@sphlawgroup.com
*Attorneys for Plaintiff American Interstate Insurance Company*