### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) MID-CON ENERGY SERVICES, INC., and ) MID-CON ENERGY SERVICES, LLC, ) ) Defendants. ) | Case No. CIV-24-1080-SLP |

### **O R D E R**

Upon review, the Corporate Disclosure Statement [Doc. No. 17] filed by Defendants Mid-Con Energy Services, Inc. and Mid-Con Energy Services, LLC is hereby STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1, Local Civil Rule 7.1.1, and the Court's prior Order [Doc. No. 16].

The Court reminds counsel that a disclosure statement "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2); *see also* LCvR7.1.1 ("If any party has invoked federal jurisdiction on the basis of diversity of citizenship with the LLC or partnership, the disclosure statement shall also affirmatively state whether any of the members or partners are citizens of the adversary's alleged state of citizenship."); *Gerson v. Logan River Acad.*, 20 F.4th 1263, 1269 (10th Cir. 2021) ("[W]here an LLC has, as one of its members, another LLC, the citizenship of unincorporated associations must be traced through however many layers of

partners or members there may be to determine the citizenship of the LLC." (internal quotation marks and citation omitted)).[1]

As noted in its prior Order, the Court first directed Defendants to file their disclosure statements by January 9, 2025, and they failed to do so. Accordingly, this will be Defendant's third opportunity to file proper disclosure statements. In the event Defendants again fail to do so, this matter will be promptly set for a hearing or status conference.

IT IS THEREFORE ORDERED that Defendants' disclosure statement [Doc. No. 17] is STRICKEN. Defendants shall file proper corporate and LLC disclosure statements within seven days of the date of this Order. Failure to timely comply may result in the imposition of sanctions.

IT IS SO ORDERED this 21st day of January, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] Additionally, the filing states that Defendant Mid-Con Energy Services, Inc. was "converted to the current LLC on June 29, 2022." [Doc. No. 17]. But the corporate entity remains a named Defendant in this action, therefore it must file its own separate corporate disclosure statement.