**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) AMERICAN INTERSTATE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: CIV-24-1080-SLP |
| (1) MID-CON ENERGY SERVICES, INC., | ) ) | **JOINT STIPULATION OF DISMISSAL PURSUANT TO** |
| (2) MID-CON ENERGY SERVICES LLC, | ) ) ) | **RULE 41** |
| Defendants. | ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that the above-captioned action is voluntarily dismissed without prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear their own costs and attorneys' fees.

Respectfully submitted,                                                                         Dated: March 19, 2025

s/ Raegan D. Sifferman_____          s/ Paul Cason_____
Raegan D. Sifferman, OBA # 31224                  Paul Cason, OBA # 31013
POWELL HANNER                                              Goodwin / Lewis, PLLC
400 N. Walker, Suite 220                                     420 NW 6th St. Second Floor
Oklahoma City, OK 73102                                  Oklahoma City, OK 73102
Phone: (405) 456-0525                                       Phone: (405) 900-5700
Email: rsifferman@powellhanner.com           Email: pcason@goodwinlewis.com
*Attorney for Plaintiff*                                           *Attorney for Defendants*