## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| AMERICAN INTERSTATE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CIV-24-1080-SLP |
| MID-CON ENERGY SERVICES, INC., and MID-CON ENERGY SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## **O R D E R**

Before the Court are Plaintiff's Response to Order to Show Cause [Doc. No. 29] and the parties' Joint Stipulation of Dismissal Without Prejudice Pursuant to F.R.C.P. 41(a)(1)(A)(ii) [Doc. No. 30]. Although Plaintiff requests "approval of the Joint Stipulation of Voluntary Dismissal," that filing is self-executing and requires no further action by the Court. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.); *see also Janssen v. Harris*, 321 F.3d 998, 1000 (10th Cir. 2003).[1] Based on the Joint Stipulation [Doc. No. 30], this action is dismissed without prejudice.

IT IS SO ORDERED this 19th day of March, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

[1] In light of that filing, Defendant's Application for Leave to File Counterclaims and Third-Party Claims [Doc. No. 25] is DENIED AS MOOT.